COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 7, 2016
 No. 10-16-00405-CR
 IN RE DEMARCUS DONTRELL RIDGE
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Demarcus D. Ridge has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
 Nita Whitener, Deputy Clerk
429846711703100